**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 12, 2022.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-21-00752-CV

## IN RE K.A.C., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 19FD1570**

---

## MEMORANDUM OPINION

On December 21, 2021, relator K.A.C. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Anne B. Darring, presiding judge of the 306th District Court of Galveston County, to set aside her November 12, 2021 temporary orders.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.